STATE of Missouri, Respondent,

v.

Willis C. ANDERSON, Appellant.

Willis C. ANDERSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 50028, WD 51718.

Missouri Court of Appeals,
Western District.

Oct. 8, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 26, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

This appeal arises from a conviction for the Class C felony of Possession of a Controlled Substance, § 195.202 and from the denial of appellant's Rule 29.15 motion.

Judgments affirmed. Rule 84.16(b) and 30.25(b).